UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOUSTON J. NASH,

    Defendant.

Case: 1:24-cr-20246
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-08-2024
SEALED MATTER(tt)

Violation:
21 U.S.C. § 841(a)(1)

---

## INDICTMENT

---

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Cocaine**
**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)**

On or about March 1, 2024, in the Eastern District of Michigan, HOUSTON J. NASH, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a). Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Dated: May 8, 2024

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

Companion Case information MUST be completed by A~~USA~~ ~~and~~ ~~submitted~~

| United States District Court<br>Eastern District of Michigan | Criminal Case Co~~ver Sheet~~ | Case: 1:24-cr-20246<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-08-2024<br>SEALED MATTER(tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co~~mplete…~~

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes           x No | **AUSA's Initials:** WO |

**FILED MAY 08 2024 U.S. DISTRICT COURT BAY CITY, MICHIGAN**

Case Title: USA v.   Houston J. Nash

County where offense occurred:   Saginaw

Check One:   **X Felony**       __ Misdemeanor      __ Petty

    __X__ Indictment/____Information --- **no** prior complaint.
    _____ Indictment/____Information --- based upon prior complaint []
    _____ Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  May 8, 2024

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:  Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.