UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:24-cr-20246

v.                                               Honorable Thomas L. Ludington
                                                      United States District Judge

HOUSTON J. NASH,

        Defendant.
_____/

**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW**

On May 8, 2024, the Grand Jury returned an indictment charging Defendant Houston J. Nash with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). ECF No. 1. Defendant was initially represented by appointed attorney Elias Escobedo. ECF Nos. 6; 8. But, on May 27, 2025, Mr. Escobedo filed a motion to withdraw as Defense Counsel because Defendant was dissatisfied with his representation, and expressly requested new counsel. ECF No. 19; *see also* ECF No. 19-1.

This Court held a hearing on Attorney Escobedo's motion on June 26, 2025. *See* ECF No. 20. At that hearing, the Court granted Attorney Escobedo's motion for the reasons stated on the record.

Accordingly, it is **ORDERED** that Defense Counsel's Motion to Withdraw, ECF No. 19, is **GRANTED.**

Further, it is **ORDERED** that the Federal Community Defender Office is **DIRECTED** to appoint a new attorney to represent Defendant in the above-captioned case.

Dated: June 30, 2025                                       s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge